# Exhibit 2



Case 1:22-cv-04349-NRB   Document 1-2   Filed 05/26/22   Page 3 of 8












## About Us

Located in the heart of New York City, HKS Real Estate Advisors is the nation's premier real estate advisory firm. With over $1.5 billion in annual transaction volume, we are committed to providing our clients with the highest level of service. We pride ourselves on being client advocates first and foremost, and conduct ourselves with creativity and integrity. With every closed transaction, we sustain our reputation for an unparalleled commitment to excellence.

The principals at HKS have closed over $25 Billion in transactions to date. Since our inception, we have been able to provide the best-in-class solutions with seamless execution regardless of complexity – often succeeding in closing transactions that others could not.

### Services

+ *Investment Sales*

+ *Acquisition & Bridge*

+ *Permanent Finance*

+ *Mezzanine and Private Equity*

+ *Construction*

## Our Team

**Charles …**
Managing …

Phone: (212) …
Email: cyelle…

READ …

**Ayush Kapahi**
Principal and Founding Partner

Phone: (212) 254-1600
Email: akapahi@hks.com

READ BIO

**… Carillo**
… Managing Director

…54-1600 x 118
…lo@hks.com

… BIO

# Notable Transactions

HKS Real Estate Advisors was founded in 2011, and is an industry leader in Commercial Real Estate Advisory services. We provide financial services in the way of debt, equity, bridge and joint venture financing for commercial real estate transactions. Our investment sales division advises clients on single-asset, portfolios, development sites, air rights, ground leases, JV partnerships and partial equity sales across multifamily, industrial, office, retail and hospitality asset classes. We have been able to provide best in class sales and financing solutions with seamless execution regardless of complexity. Since established, we have closed north of $25 billion in transactions and are expanding aggressively.

— *Investment Sales*

+ *Capital Advisory*



### 305 West 48th Street & 777 8th Avenue

Times Square
Manhattan

Development Site



### 509 Fifth Avenue

Plaza District
Manhattan

Office



### East Harlem Portfolio

East Harlem
Upper Manhattan

Multifamily

### 58-62 West 37th Street

Garment Center
Manhattan

Assemblage



### 120 East Street Road

Philadelphia Suburbs
Warminster, PA

Multifamily



### 5 East 51st Street

Midtown East
Manhattan

Assemblage



### 12391 West Sunrise Boulevard

South Florida
Plantation, FL

Retail

### Kings Portfolio

Brooklyn
Brooklyn and Staten Island

Multifamily



# News







### 2020 Ones to Watch: Max Ralby, HKS Real Estate Advisors LLC

Name: Max Ralby
Title: Capital Markets Associate
Company: HKS Real Estate Advisors LLC
Education: New York University

### Carillo of HKS Real Estate Advisors and Tapper of Lee NYC negotiate 99-year leasehold

Manhattan, NY Peter Carillo, principal/senior managing director of HKS Real Estate Advisors and Ben Tapper, senior managing director of Lee & Associates NYC (LeeNYC), have negotiated a 99-year leasehold at 777 Eighth Ave., between West 47th and West 48th Sts.

### Peter Carillo to launch new sales div HKS Capital

Another Eastern Consolidate alumnus has been tap out an investment sales platform for a New York cor Carillo, a record-breaking producer at the now shutt head a new division at financial advisory HKS Partn



## Careers

At HKS, we seek a wide assortment of people from different backgrounds, universities and degree disciplines- the more diverse the team, the more new ideas they will convey to the firm. The vital skills we look for, however, are the same in everyone and we pursue individuals who can validate the following:

- Impeccable communication skills
- Drive and ambition
- Sound judgment
- Creativity
- Execution fineness
- Presence
- Teamwork
- Numeracy

To be considered for one of the positions enumerated below, please send a resume and a short cover letter to employment@hks.com. Only candidates under consideration will be contacted. HKS Real Estate Advisors is an Equal Opportunity Employer.

### Current Opportunities

+ *Investment Sales Associate*

+ *Commercial Finance Associate*

+ *Commercial Mortgage Broker*

+ *Internship Program*

| First Name (required) | Last Name |
| --- | --- |

Company

Email Address (required)

Message

**SEND**

CONTACT US

(212) 254-1600

info@hks.com

38 West 21st Street, 8th Floor

New York, NY, 10010

SITE MAP

Company

Investment Opportunities

Notable Transactions

Careers

Team

Capital Advisory

News

Contact

© HKS Real Estate Advisors