UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AJAY SURESH,   :   Case No.: 22-cv-4349 (NRB)

          Plaintiff,   :

  -against-   :   RULE 7.1 CORPORATE
                            :   <u>DISCLOSURE STATEMENT</u>
HKS CAPITAL PARTNERS, LLC,
                            :
          Defendant.
-------------------------------------------------------------- X

    Defendant does not have any parent corporation or any public corporation owning ten percent or more of its stock.

Dated:  New York, New York
          November 14, 2022

                              FRYDMAN LLC

                              By:    s/ *David S. Frydman*
                                     David S. Frydman
                              Counsel for Defendant
                              501 Fifth Avenue, 15th Floor
                              New York, New York 10017
                              (212) 355-9100
                              dfrydman@frydmanllc.com