IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AJAY SURESH , | ) | **STIPULATION OF** |
| Plaintiff(s) | ) | **VOLUNTARY DISMISSAL** |
| | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| | ) | Case No.:   22 Civ. 4349 (NRB) |
| HKS CAPITAL PARTNERS, LLC, | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with ▮ prejudice against the defendant(s) HKS CAPITAL PARTNERS, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

175 Pearl St #330
Address

Brooklyn, NY 11201
City, State & Zip Code

332 600 5599
Telephone Number

Dated: 1/10/2023

_____
Signature of defendants or defendant's counsel

126 5th Avenue, 15th Fl
Address

New York, NY 10011
City, State & Zip Code

212-254-1600
Telephone Number

Dated: 01/10/2023